UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OLEK, INC.,

           Plaintiff,

     -v.-

NICHOLSON & GALLOWAY, INC.,

           Defendant.
------------------------------------------------------------X

**ORDER**
11-CV-2702 (WFK) (CLP)

**WILLIAM F. KUNTZ, II, United States District Judge:**

On December 14, 2015, the Court received Defendant Nicholson & Galloway, Inc.'s ("Defendant") fully-briefed motion for leave to serve the Answer to the Amended Complaint (with Counterclaims) and motion for reconsideration of the Court's grant of leave to Plaintiff OLEK, Inc. ("Plaintiff") to file an Amended Complaint. Dkt. 97 ("Mot."); *see also* Dkt. 98 ("Opp."); Dkt. 101 ("Reply"). Defendant also requested the Court require Plaintiff to reimburse Defendant for "additional costs and fees incurred as a result of the belated amendment[.]" Mot. at 2.

After considering the parties' well-argued papers, the Court hereby GRANTS Defendant's motion for leave to serve and file the Answer to the Amended Complaint (with Counterclaims). The Court, however, DENIES Defendant's motion for reconsideration, and DENIES Defendant's request for reimbursement by Plaintiff.

                                         **SO ORDERED.**

                                         s/William F. Kuntz, II

                                         HON. WILLIAM F. KUNTZ, II
                                         United States District Judge

Dated: December 15, 2015
      Brooklyn, New York